UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN THE MATTER OF:

THE COMPLAINT AND PETITION OF
SOUTHWEST FLORIDA MARITIME, INC.,
d/b/a SEA TOW FORT MYERS, and its
stockholders, as owners and/or owners pro
hac vice of a 1987 24' XDC Fiberglass
Outboard Vessel, Registration Number
FL4439SJ, including her engines, gear,
tackle, appurtenances, equipment, furniture,
etc., for exoneration from and/or limitation of
liability,

Case No. 2:20-cv-00552-JLB-NPM

        Petitioners.
_____/

# ORDER

The Magistrate Judge filed a Report and Recommendation ("R&R") in this matter on December 15, 2020, recommending that Petitioners' motion for final judgment of exoneration of liability be granted in this admiralty action.  (Doc. 21.) No objections have been filed.  A district judge may accept, reject, or modify the magistrate judge's R&R.  28 U.S.C. § 636(b)(1).  The factual findings in the R&R need not be reviewed de novo in the absence of an objection, but legal conclusions are always reviewed de novo.  Id.; Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993).

After an independent review of the record—and noting that no objections have been filed—the Court agrees with the well-reasoned R&R.  Petitioners have complied with all the procedural obligations of Supplemental Rule 4(F), and default judgment should therefore be entered against potential claimants who have failed

to file or otherwise state a claim in response to the Complaint and Petition for Exoneration from and/or Limitation of Liability. (Doc. 1.)

Accordingly, it is **ORDERED**:

1. The Report and Recommendation (Doc. 21) is **ADOPTED**.

2. Petitioner's Motion for Entry of Final Judgment of Exoneration of Liability (Doc. 20) is **GRANTED.**

3. The Clerk **SHALL** enter a default judgment against all claimants who have not timely filed claims or responded to the Complaint and Petition for Exoneration from and/or Limitation of Liability. (Doc. 1.)

4. Petitioners **SHALL** be exonerated from all liability arising out of the incident described in the Complaint and Petition for Exoneration from and/or Limitation of Liability. (Doc. 1.)

5. The Clerk is directed to close the case.

**ORDERED** in Fort Myers, Florida, on January 13, 2021.

*John L. Badalamenti*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE